UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| WESTON L. WHITSON # 304977 ) | |
| ) | |
| v. ) | NO. 2:07-CV-125 |
| ) | |
| GREENE COUNTY DET. CTR., ) | |
| STEVE BURNS, NEAL MATHEWS, *et al.* ) | |

### MEMORANDUM

This is a *pro se* state inmate's civil rights action under 42 U.S.C. § 1983. On December 8, 2008, a copy of an order entered in this case was mailed to plaintiff at the Greene County Detention Center—the address he listed as his current address in his complaint. However, it was returned to the Court by the postal authorities more than ten days ago as undeliverable, due to plaintiff's release from that facility. Obviously, without plaintiff's correct address, neither the Court nor the defendant can communicate with him regarding his lawsuit.

Accordingly, this action will be **DISMISSED** by separate order for plaintiff's failure to prosecute his case. Fed. R. Civ. P. 41(b).

**ENTER:**

/s/ Leon Jordan
LEON JORDAN
UNITED STATES DISTRICT JUDGE